

# Fourth Court of Appeals
## San Antonio, Texas

September 30, 2016

No. 04-16-00598-CV

Arturo **CARRILLO**,
Appellant

v.

**HOUSING AUTHORITY OF THE CITY OF SAN ANTONIO, TEXAS**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2016CV03830
Honorable David J. Rodriguez, Judge Presiding

## O R D E R

Ms. Kay Counsellor is one of the court reporters responsible for preparing, certifying, and filing the reporter's record in this appeal. On September 28, 2016, Ms. Counsellor filed a Notification of Late Record stating appellant had not designated a record.

If appellant desires a reporter's record, and has not already done so, appellant is hereby ORDERED to (1) request in writing from Ms. Counsellor, no later than October 11, 2016, that a reporter's record be prepared and (2) designate in writing, no later than October 11, 2016, the exhibits and those portions of the record to be included in the reporter's record. *Id.* The appellant is hereby ORDERED to file a copy of the request with both the trial court clerk, *id.* at 34.6(b)(2), and this court no later than October 11, 2016.

If appellant fails to provide such written proof that he has designated the record within the time provided above, appellant's brief will be due within thirty (30) days from the date of this order, and the court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

If appellant designates the reporter's record, Ms. Counsellor is ORDERED to file the record within thirty days of receiving the designation.

_____
Sandee Bryan Marion, Chief Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of September, 2016.



_____
Keith E. Hottle
Clerk of Court